# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: HIGHLAND, SHEILA M § | Case No. 12-81330 |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
 Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/11/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  01/28/2013           By:  /s/JOSEPH D. OLSEN
                                         Trustee

JOSEPH D. OLSEN  
1318 EAST STATE STREET  
ROCKFORD, IL  61104-2228  
(815) 965-8635  
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: HIGHLAND, SHEILA M § Case No. 12-81330
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 6,000.00 |
| *and approved disbursements of* | $ 25.00 |
| *leaving a balance on hand of* [1] | $ 5,975.00 |
| **Balance on hand:** | $ 5,975.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,975.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH D. OLSEN | 1,350.00 | 0.00 | 1,350.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 45.75 | 0.00 | 45.75 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,112.50 | 0.00 | 1,112.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,508.25 |
| Remaining balance: | $ 3,466.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,466.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,466.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,423.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 392.17 | 0.00 | 43.27 |
| 2 | Citibank, N.A. | 16,334.67 | 0.00 | 1,802.11 |
| 3 | American Express Centurion Bank | 3,760.79 | 0.00 | 414.91 |
| 4 | Citibank, N.A. | 6,769.19 | 0.00 | 746.80 |
| 5 | PYOD, LLC its successors and assigns as assignee | 4,166.43 | 0.00 | 459.66 |

Total to be paid for timely general unsecured claims: $ 3,466.75
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-81330-TML
Sheila M Highland                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3         User: kkrystave           Page 1 of 2           Date Rcvd: Feb 20, 2013
                             Form ID: pdf006           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2013.
```
db          +Sheila M Highland,    10459 Lansdale St.,    Huntley, IL 60142-8118
aty         +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
18719560    +American Express,    AMERICAN EXPRESS SPECIAL RESEARCH,    PO BOX 981540,    EL PASO, TX 79998-1540
18719561     American Express,    Box 0001,    Los Angeles, CA 90096-8000
19120928     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18719562    +Citibank Sd, Na,    ATTN: CENTRALIZED BANKRUPTCY,    PO BOX 20507,    KANSAS CITY, MO 64195-0507
18719565     Dominion East Ohio,    PO BOX 26785,    Richmond, VA 23261-6785
18719566    +FIFTH THIRD BANK,    c/o BANKRUPTCY DEPARTMENT,    1830 EAST PARIS AVE.,
              GRAND RAPIDS, MI 49546-8803
18719569    +SEARS/CBNA,    PO BOX 6282,    SIOUX FALLS, SD 57117-6282
18719570    +UNVL/CITI,    ATTN.: CENTRALIZED BANKRUPTCY,    PO BOX 20507,    KANSAS CITY, MO 64195-0507
18719571    +WELLS FARGO HM MORTGAG,    PO BOX 10335,    DES MOINES, IA 50306-0335
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19076125     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 21 2013 04:44:32     Citibank, N.A.,
              c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK 73124-8840
19037601     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 21 2013 04:23:11     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18719564    +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 21 2013 04:23:11     Discover Fin,
              ATTENTION:  BANKRUPTCY DEPARTMENT,    PO BOX 3025,    NEW ALBANY, OH 43054-3025
18719567    +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2013 04:17:41     Gemb/JC Penny,
              ATTENTION:  BANKRUPTCY,    PO BOX 103104,    ROSWELL, GA 30076-9104
18719568    +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 21 2013 04:06:47     KOHLS/CAPONE,
              N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
19368651    +E-mail/Text: resurgentbknotifications@resurgent.com Feb 21 2013 04:05:39
              PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18719563   ##+CITIMORTGAGE INC,    PO BOX 9438,    GAITHERSBURG, MD 20898-9438
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2013**                **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: kkrystave            Page 2 of 2              Date Rcvd: Feb 20, 2013
                              Form ID: pdf006            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2013 at the address(es) listed below:
```
              Annie W Lopez    on behalf of Creditor    Wells Fargo Bank, N.A. alopez@fal-illinois.com
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net,    IL46@ECFCBIS.com
              Linda G Bal    on behalf of Debtor Sheila M Highland lindabal@att.net,   bru.john@att.net
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Terri M Long    on behalf of Creditor    Fifth Third Bank Courts@tmlong.com
                                                                                            TOTAL: 7
```