# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: HIGHLAND, SHEILA M § Case No. 12-81330
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $241,912.28                    Assets Exempt: $18,184.31
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,466.75       Claims Discharged
                                                  Without Payment: $50,694.50

Total Expenses of Administration: $2,533.25

3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $254,214.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,533.25 | 2,533.25 | 2,533.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,750.00 | 31,423.25 | 31,423.25 | 3,466.75 |
| **TOTAL DISBURSEMENTS** | $284,964.00 | $33,956.50 | $33,956.50 | $6,000.00 |

   4) This case was originally filed under Chapter 7 on March 31, 2012. The case was pending for 13 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2013     By: /s/JOSEPH D. OLSEN
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Conveyance - 11211 Road 10K | 1241-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | WELLS FARGO HM MORTGAG | 4110-000 | 178,959.00 | N/A | N/A | 0.00 |
| NOTFILED | FIFTH THIRD BANK c/o BANKRUPTCY DEPARTMENT | 4110-000 | 28,118.00 | N/A | N/A | 0.00 |
| NOTFILED | CITIMORTGAGE INC | 4110-000 | 47,137.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$254,214.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 45.75 | 45.75 | 45.75 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,112.50 | 1,112.50 | 1,112.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | |
|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,533.25 | $2,533.25 | $2,533.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 311.00 | 392.17 | 392.17 | 43.27 |
| 2 | Citibank, N.A. | 7100-000 | N/A | 16,334.67 | 16,334.67 | 1,802.11 |
| 3 | American Express Centurion Bank | 7100-000 | 7,701.00 | 3,760.79 | 3,760.79 | 414.91 |
| 4 | Citibank, N.A. | 7100-000 | N/A | 6,769.19 | 6,769.19 | 746.80 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 4,166.43 | 4,166.43 | 459.66 |
| NOTFILED | KOHLS/CAPONE | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | UNVL/CITI | 7100-000 | 15,912.00 | N/A | N/A | 0.00 |
| NOTFILED | SEARS/CBNA | 7100-000 | 6,644.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/JC Penny | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dominion East Ohio | 7100-000 | 182.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $30,750.00 | $31,423.25 | $31,423.25 | $3,466.75 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81330  
**Case Name:** HIGHLAND, SHEILA M

**Period Ending:** 04/24/13

**Trustee:** (330400)  JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/31/12 (f)  
**§341(a) Meeting Date:** 05/14/12  
**Claims Bar Date:** 09/11/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Dwelling, Location: 10459 Lansdale | 194,200.00 | 0.00 | | 0.00 | FA |
| 2 | Single Family Dwelling, Location: 1255 Rice Ave, | 37,900.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on Hand | 5.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account Ending in: 6771 | 2,061.54 | 0.00 | | 0.00 | FA |
| 5 | Checking Account Ending in: 4198 | 170.74 | 0.00 | | 0.00 | FA |
| 6 | Ordinary Household Furnishings | 845.00 | 0.00 | | 0.00 | FA |
| 7 | Ordinary Books and CD's | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Ordinary Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry | 240.00 | 0.00 | | 0.00 | FA |
| 10 | Canon Digital Camera | 25.00 | 0.00 | | 0.00 | FA |
| 11 | 2003 Toyota Rav 4 | 6,085.00 | 0.00 | | 0.00 | FA |
| 12 | Office Equipment Older Laptop and Printer | 80.00 | 0.00 | | 0.00 | FA |
| 13 | Fraudulent Conveyance - 11211 Road 10K  (u) | 0.00 | 20,000.00 | | 6,000.00 | FA |
| 13 | **Assets**   Totals (Excluding unknown values) | **$241,912.28** | **$20,000.00** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     September 30, 2013       **Current Projected Date Of Final Report (TFR):**     January 28, 2013  (Actual)

Printed: 04/24/2013 08:50 AM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-81330  
**Case Name:** HIGHLAND, SHEILA M  

**Taxpayer ID #:** **-***2231  
**Period Ending:** 04/24/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******57-66 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/07/12 | {13} | Sheila Highland | pymt on conveyance | 1241-000 | 6,000.00 | | 6,000.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,975.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 5,975.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,000.00 | 6,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,975.00 | |
| | | | **Subtotal** | | **6,000.00** | **25.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,000.00** | **$25.00** | |

{} Asset reference(s)

Printed: 04/24/2013 08:50 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-81330  
**Case Name:** HIGHLAND, SHEILA M  
**Taxpayer ID #:** **-***2231  
**Period Ending:** 04/24/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****162666 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 5,975.00 | | 5,975.00 |
| 03/13/13 | 10101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,112.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,112.50 | 4,862.50 |
| 03/13/13 | 10102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,350.00, Trustee Compensation;  Reference: | 2100-000 | | 1,350.00 | 3,512.50 |
| 03/13/13 | 10103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $45.75, Trustee Expenses;  Reference: | 2200-000 | | 45.75 | 3,466.75 |
| 03/13/13 | 10104 | Discover Bank | Dividend paid 11.03% on $392.17; Claim# 1; Filed: $392.17; Reference: | 7100-000 | | 43.27 | 3,423.48 |
| 03/13/13 | 10105 | American Express Centurion Bank | Dividend paid 11.03% on $3,760.79; Claim# 3; Filed: $3,760.79; Reference: | 7100-000 | | 414.91 | 3,008.57 |
| 03/13/13 | 10106 | PYOD, LLC its successors and assigns as assignee | Dividend paid 11.03% on $4,166.43; Claim# 5; Filed: $4,166.43; Reference: | 7100-000 | | 459.66 | 2,548.91 |
| 03/13/13 | 10107 | Citibank, N.A. | Combined Check for Claims#2,4 | | | 2,548.91 | 0.00 |
| | | | Dividend paid 11.03%     1,802.11 on $16,334.67;  Claim# 2; Filed: $16,334.67 | 7100-000 | | | 0.00 |
| | | | Dividend paid 11.03%     746.80 on $6,769.19;  Claim# 4; Filed: $6,769.19 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,975.00 | 5,975.00 | **$0.00** |
| | | | Less: Bank Transfers | | 5,975.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **5,975.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,975.00** | |

|   |   |
|---|---|
| Net Receipts : | 6,000.00 |
| Net Estate : | $6,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******57-66** | 6,000.00 | 25.00 | 0.00 |
| **Checking # ****162666** | 0.00 | 5,975.00 | 0.00 |
| | **$6,000.00** | **$6,000.00** | **$0.00** |

{} Asset reference(s)